<mark>Case 19-08109 Doc 1-1 Filed 12/05/19 Entered 12/05/19 19:36:00 Desc Exhibit A - C Page 1 of 3</mark>

# I-80 Equipment, LLC
## CHECKING - FMB OPER #8100404865 Register
## January 1, 2015 - July 31, 2019

| Date | Print | Number | Payee | Clr. | Reconciled D | Payment | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/3/2015 | F | 345207 | MEDIACOM | T | 12/31/2015 | $58.90 | | ($58.90) |
| 12/23/2015 | F | 345576 | MEDIACOM | T | 1/29/2016 | $233.61 | | ($233.61) |
| 1/5/2016 | F | 345754 | MEDIACOM | T | 1/29/2016 | $58.90 | | ($58.90) |
| 1/27/2016 | F | 346154 | MEDIACOM | T | 2/29/2016 | $292.41 | | ($292.41) |
| 2/23/2016 | F | 346582 | MEDIACOM | T | 3/31/2016 | $233.51 | | ($233.51) |
| 3/16/2016 | F | 346881 | MEDIACOM | T | 3/31/2016 | $58.90 | | ($58.90) |
| 3/17/2016 | F | 346888 | MEDIACOM | T | 3/31/2016 | $233.51 | | ($233.51) |
| 3/24/2016 | F | 346979 | MEDIACOM | T | 3/31/2016 | $58.90 | | ($58.90) |
| 4/26/2016 | F | 347399 | MEDIACOM | T | 5/31/2016 | $292.37 | | ($292.37) |
| 5/17/2016 | F | 347696 | MEDIACOM | T | 6/30/2016 | $233.47 | | ($233.47) |
| 6/21/2016 | F | 348238 | MEDIACOM | T | 6/30/2016 | $68.06 | | ($68.06) |
| 8/2/2016 | F | 349017 | MEDIACOM | T | 8/31/2016 | $104.46 | | ($104.46) |
| 8/7/2016 | F | 349636 | MEDIACOM | T | 8/31/2016 | $716.49 | | ($716.49) |
| 8/9/2016 | F | 349637 | MEDIACOM | T | 8/31/2016 | $136.12 | | ($136.12) |
| 8/24/2016 | F | 349685 | MEDIACOM | T | 8/31/2016 | $68.06 | | ($68.06) |
| 10/4/2016 | F | 349885 | MEDIACOM | T | 10/31/2016 | $233.42 | | ($233.42) |
| 10/19/2016 | F | 350253 | MEDIACOM | T | 10/31/2016 | $241.53 | | ($241.53) |
| 11/3/2016 | F | 350313 | MEDIACOM | T | 11/30/2016 | $6.96 | | ($6.96) |
| 11/21/2016 | F | 350660 | MEDIACOM | T | 11/30/2016 | $233.44 | | ($233.44) |
| 11/23/2016 | F | 350699 | MEDIACOM | T | 12/31/2016 | $61.40 | | ($61.40) |
| 12/19/2016 | F | 351145 | MEDIACOM | T | 12/31/2016 | $233.44 | | ($233.44) |
| 12/28/2016 | F | 351252 | MEDIACOM | T | 1/31/2017 | $61.40 | | ($61.40) |
| 1/25/2017 | F | 351703 | MEDIACOM | T | 1/31/2017 | $277.52 | | ($277.52) |
| 2/15/2017 | F | 352044 | MEDIACOM | T | 2/28/2017 | $233.56 | | ($233.56) |
| 3/2/2017 | F | 352250 | MEDIACOM | T | 3/31/2017 | $66.44 | | ($66.44) |
| 3/20/2017 | F | 352525 | MEDIACOM | T | 3/31/2017 | $233.56 | | ($233.56) |
| 3/27/2017 | F | 352622 | MEDIACOM | T | 4/28/2017 | $66.44 | | ($66.44) |
| 4/25/2017 | F | 353021 | MEDIACOM | T | 5/31/2017 | $233.63 | | ($233.63) |
| 5/4/2017 | F | 353104 | MEDIACOM | T | 5/31/2017 | $66.44 | | ($66.44) |
| 5/15/2017 | F | 353275 | MEDIACOM | T | 5/31/2017 | $48.68 | | ($48.68) |
| 5/25/2017 | F | 353401 | MEDIACOM | T | 6/30/2017 | $66.44 | | ($66.44) |
| 6/20/2017 | F | 353408 | MEDIACOM | T | 6/30/2017 | $197.85 | | ($197.85) |
| 6/27/2017 | F | 353898 | MEDIACOM | T | 7/31/2017 | $66.44 | | ($66.44) |
| 7/19/2017 | F | 354130 | MEDIACOM | T | 7/31/2017 | $124.18 | | ($124.18) |
| 7/25/2017 | F | 354243 | MEDIACOM | T | 8/31/2017 | $66.44 | | ($66.44) |
| 8/21/2017 | F | 354621 | MEDIACOM | T | 8/31/2017 | $233.78 | | ($233.78) |
| 8/30/2017 | F | 354704 | MEDIACOM | T | 9/29/2017 | $66.44 | | ($66.44) |
| | | | | | Total | $5,967.10 | $0.00 | |



PLAINTIFF'S EXHIBIT A

# I-80 Equipment, LLC
## Black Hawk Bank & Trust Register
## January 1, 2015 - October 31, 2019

| Date | Print | Number | Payee | Clr | Reconciled D | Payment | Deposit | Balance | Type |
|---|---|---|---|---|---|---|---|---|---|
| 9/21/2017 | F | 355793 | MEDIACOM | T | 10/31/2017 | $233.78 | | $210,392.35 | Bill Paymer |
| 9/27/2017 | F | 355872 | MEDIACOM | T | 10/31/2017 | $66.44 | | $322,703.17 | Bill Paymer |
| 10/16/2017 | F | 356150 | MEDIACOM | T | 10/31/2017 | $233.98 | | ($34,008.76) | Bill Paymer |
| 11/7/2017 | F | 356389 | MEDIACOM | F | Reconcile | $66.44 | | $142,381.12 | Bill Paymer |
| 11/15/2017 | F | 356498 | MEDIACOM | F | Reconcile | $233.98 | | $705,206.24 | Bill Paymer |
| | | | | | | 834.62 | 0 | | |



PLAINTIFF'S EXHIBIT B

**I-80 Equipment, LLC**
**JP RENTALS SHORT TERM Register**
**January 1, 2015 - July 31, 2019**

| Date | Number | Payee | Account | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|---|---|---|
| 8/29/2017 | 8/29/2017 | MEDIACOM | | #REFI Credit Card 9757 - US 1 MEDIACOM CHARGE BY MICHELE SINGLETON DONE BY MISTAKE | $316.42 | | 316.42 |
| | | | | | | | 0 |



PLAINTIFF'S EXHIBIT C